writ of review, to the Court of Appeal, First Circuit, Parish of Washington. 229 So.2d 169.

Writ refused. On the facts found by the Court of Appeal the judgment complained of is correct.

230 So.2d 590

**James H. GARY and Carmen Gary**

**v.**

**Hubert M. BLANCHARD and Utica Mutual Insurance Company.**

**No. 50329.**

Feb. 6, 1970.

In re: James H. Gary and Carmen Gary applying for certiorari, or writ of review to the Court of Appeal, Third Circuit, Parish of Calcasieu. 228 So.2d 515.

Writ refused. On the facts found by the Court of Appeal, the result is correct.

230 So.2d 590

**Aveneal MEAUX and Dudley Bourque**

**v.**

**LOUISIANA STATE DEPARTMENT OF HIGHWAYS.**

**No. 50333.**

Feb. 6, 1970.

In re: Harold E. Forbes, Director of Personnel for the State of Louisiana applying for certiorari or writ of review to the Court of Appeal, First Circuit, State Civil Service Commission. 228 So.2d 680.

Writ refused. The record is correct.

230 So.2d 590

**Aveneal MEAUX and Dudley Bourque**

**v.**

**LOUISIANA STATE DEPARTMENT OF HIGHWAYS.**

**No. 50347.**

Feb. 6, 1970.

In re: Department of Highways of the State of Louisiana applying for certiorari,

or writ of review, to the Court of Appeal, First Circuit, State Civil Service Commission.

Writ refused. The result is correct.

230 So.2d 590

**STATE of Louisiana**

v.

**Charles Floyd YANDELL et al.**

**No. 50330.**

Feb. 9, 1970.

In re: Charles Floyd Yandell applying for writs of certiorari.

Granted. See order.

The petition of relator in the above numbered and entitled cause having been duly considered,

IT IS ORDERED, that the order and ruling denying bail to relator issued by the Honorable Wallace A. Edwards, Judge of Division B of the Twenty-Second Judicial District Court, St. Tammany Parish, dated December 16, 1969 be and the same is hereby set aside.

IT IS FURTHER ORDERED, that this matter be and the same is hereby remanded to the said Twenty-Second Judicial District Court, Parish of St. Tammany, with instructions that the hearing on relator's application for bail herein be reopened, granting unto the State's Attorney opportunity to rebut the evidence adduced by relator at the original hearing held on November 18, 1969, after which the Honorable Wallace A. Edwards, Judge of said Court, shall, on the basis of the additional evidence adduced, determine relator's entitlement to bail in the premises, failing in which relator shall be released on bail upon furnishing security in an amount to be determined by the Honorable Wallace A. Edwards in accordance with law.